# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHIRLEY BROOKS**                                                                                       **PLAINTIFF**

**V.**                            **CASE NO. 1:14CV00101-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Plaintiff Shirley J. Brooks's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE